AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### Eastern Division

MARY DAVIS,

                      **Plaintiff,**

                                     **JUDGMENT IN A CIVIL CASE**

**v.**

                                     **CASE NO. 2:13-cv-1262**

**COMMISSIONER OF**               **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**              **MAGISTRATE JUDGE NORAH MCCANN KING**

                      **Defendant.**

_____   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

      **Pursuant to the ORDER filed November 4, 2014, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further proceedings.**

Date: November 4, 2014                 JOHN P. HEHMAN, CLERK

                                    */S/ Andy F. Quisumbing* _____
                                    (By) Andy F. Quisumbing
                                     Courtroom Deputy Clerk